<div style="border:1px solid">

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

</div>

☐ Check if this an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Toolots Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **47-4881511** |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **17785 Center Ct. Dr. N. Ste 305** <br> **Cerritos, CA 90703** <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** <br> County | **Location of principal assets, if different from principal place of business** <br> **17783 Indian Street Moreno Valley, CA 92551** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **www.toolots.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor   **Toolots Inc.** _____   Case number (*if known*) _____
     Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ■ None of the above |
| | |
| | **B.** *Check all that apply* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | |
| | **C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | **4552** |

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | ☐ Chapter 7 |
| A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☐ Chapter 9 |
| | ■ Chapter 11. *Check **all** that apply:* |
| |    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| |    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| |    ☐ A plan is being filed with this petition. |
| |    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| |    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| |    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| | | | | | |
|---|---|---|---|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ■ No. | | | | |
| | ☐ Yes. | | | | |
| If more than 2 cases, attach a separate list. | District _____ | When _____ | Case number _____ | | |
| | District _____ | When _____ | Case number _____ | | |

Debtor  **Toolots Inc.**                                                    Case number (*if known*) _____
      Name

| | |
|---|---|
| **10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____  When _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

      Contact name _____

      Phone _____

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**   .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

In row 15 the second-column "$1,000,001 - $10 million" is checked (■).

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Toolots Inc.**                                          Case number (*if known*)
           Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor    **Toolots Inc.**                                        Case number (*if known*)
         Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  5, 2024**
               MM / DD / YYYY

_____    **Jason Fu**
Signature of authorized representative of debtor    Printed name

Title    **CEO**

**18. Signature of attorney**    **X** _____    Date    **February  5, 2024**
                    Signature of attorney for debtor                    MM / DD / YYYY

**Christopher J. Langley 258851**
Printed name

**Shioda Langley & Chang LLP**
Firm name

**1063 E. Las Tunas Dr.**
**San Gabriel, CA 91776**
Number, Street, City, State & ZIP Code

Contact phone    **951-383-3388**    Email address    **chris@slclawoffice.com**

**258851 CA**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Toolots Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express 200 Vesey Street New York, NY 10285** | | **Credit Card** | | | | **$60,107.66** |
| **Bettabot Inc 10450 Pioneer Blvd #8; Santa Fe Springs, CA 90670** | | **Short term loan.** | | | | **$300,000.00** |
| **Clearco CFT Clear Finance Technology Corp 2810 N Church St #68100 Wilmington, DE 19802-4447** | | | | | | **$106,844.30** |
| **Cobalt Funding Solutions 99 Wall Street, Suite 3618 New York, NY 10005** | | **Merchant Cash Advance Agreement** | | | | **$321,264.60** |
| **CTC Office 3 LP c/o Tiarna Real Estate Svcs 2603 Main Street Ste 210 Irvine, CA 92614** | | **Office Rent** | | | | **$35,184.44** |
| **Decathlon Alpha IV, LP 1441 West Ute Boulevard Ste 240 Park City, UT 84098** | | **Revenue loan** | | **$2,098,650.58** | **$0.00** | **$2,098,650.58** |
| **Fedral Express 3965 Airways, Module G FedEx Corp Revenue Services Memphis, TN 38116** | | | | | | **$101,711.95** |

| Debtor | **Toolots Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FL Key Logistics PO Box 935852 FL Key Logistics 200 (DE) LLC Atlanta, GA 31193** | | | | | | $234,545.72 |
| **Google LLC 1600 Amphitheatre Pkwy Mountain View, CA 94043** | | | | | | $1,505,732.90 |
| **Henry Hung** | | | | | | $255,166.67 |
| **Jiangchuan Pu** | | | | | | $402,462.88 |
| **Moreno Valley Utility 14331 Frederick St. Ste 2 Moreno Valley, CA 92553** | | **Warehouse electrical bill 17783 Indian St.** | | | | $32,765.99 |
| **Oracle America, Inc. 500 Oracle Parkway Redwood City, CA 94065** | | | | | | $37,495.32 |
| **RREEF CPIF 17783 Indian St. CA LLC 222 South Riverside Plaza 34th Fl. Chicago, IL 60606** | | **Warehouse landlord** | | | | $485,887.91 |
| **Shuxian Chang** | | | | | | $396,846.57 |
| **Signifyd 99 South Almaden Boulevard Ste 400 San Jose, CA 95113** | | | | | | $73,503.79 |
| **The Custom Companies Inc 135 N. Railroad Ave Northlake IL 60 Melrose Park, IL 60164** | | | | | | $31,071.03 |
| **Transportation Audit and Recovery S 1900 E. Golf Rd Suite# 950 Schaumburg, IL 60173** | | | | | | $30,103.76 |

Debtor    **Toolots Inc.**                                    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **UPS Capital Insurance Agency Inc P.O. Box 100458 Fort Worth, TX 76185** | | | | | | **$80,133.21** |
| **Worldwide Express Corporate 2700 Commerce Street Suite 1500 Dallas, TX 75226** | | | | | | **$275,431.63** |

## United States Bankruptcy Court
### Central District of California

In re    Toolots Inc.

Debtor(s)

Case No.

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| See attached Exhibit | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    February  4, 2024

Signature    Jason Fu

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**Toolots, Inc. Detailed Cap Table**
As of 02/03/2024 • Generated by Jenny Zhu (jzhu@toolots.com) at 02/03/2024 01:28:09

| Stakeholder II Name | Common (CS) | Options and RSU's Outstanding Under 2017 Equity Incentive Plan | Options and RSU's Outstanding Under 2021 Equity Incentive Plan | Outstanding Shares | Fully Diluted Shares | Outstanding Ownership | Fully Diluted Ownership |
|---|---|---|---|---|---|---|---|
| Aiping Wang | 628,667 | | | 628,667 | 628,667 | .361% | .322% |
| Aizhen Ye | 768,677 | | | 768,677 | 768,677 | .442% | .394% |
| Ample Safety Tools, Inc. | 25,000 | | | 25,000 | 25,000 | .014% | .013% |
| Anhui Guangda Outdoor Tent Co., Ltd. | 100,000 | | | 100,000 | 100,000 | .057% | .051% |
| BAOWEI ZHAO | 12,000 | | | 12,000 | 12,000 | .007% | .006% |
| Bin Feng | 4,625,214 | | | 4,625,214 | 4,625,214 | 2.658% | 2.372% |
| Bin （吴斌）Wu | 40,000 | | | 40,000 | 40,000 | .023% | .021% |
| Bluemoon LLC | 1,198,000 | | | 1,198,000 | 1,198,000 | .688% | .614% |
| Bo Wang | 13,000 | | | 13,000 | 13,000 | .007% | .007% |
| Bowen (陈博文) CHEN | 20,000 | | | 20,000 | 20,000 | .011% | .010% |
| Caifang Yang | 31,500 | | | 31,500 | 31,500 | .018% | .016% |
| Cangzhou (吴沧舟) WU | 15,000 | | | 15,000 | 15,000 | .009% | .008% |
| Changqiu Lin | 41,670 | | | 41,670 | 41,670 | .024% | .021% |
| Changyou (徐长友) XU | 40,000 | | | 40,000 | 40,000 | .023% | .021% |
| Charley Chunyu Lu | 2,426,908 | | | 2,426,908 | 2,426,908 | 1.395% | 1.244% |
| Chencheng Li | 120,000 | | | 120,000 | 120,000 | .069% | .062% |
| Chengcheng Yuan | 4,688,440 | | | 4,688,440 | 4,688,440 | 2.694% | 2.404% |
| CHENGDE SONG | 17,000 | | | 17,000 | 17,000 | .010% | .009% |
| Chia-Ling (Joyce) 杨佳玲 Yang | 56,345 | | | 56,345 | 56,345 | .032% | .029% |
| Chien-hsiang Wang | 3,000 | | | 3,000 | 3,000 | .002% | .002% |
| Chih-Cheng 许智程 HSU | 56,345 | | | 56,345 | 56,345 | .032% | .029% |
| CHUNGUO HE | 50,000 | | | 50,000 | 50,000 | .029% | .026% |
| Chunhua Lu | 1,037,435 | | | 1,037,435 | 1,037,435 | .596% | .532% |
| Depei Xi | 120,000 | | | 120,000 | 120,000 | .069% | .062% |
| Dongguan Gaoshang Machinery Co., Ltd. | 50,000 | | | 50,000 | 50,000 | .029% | .026% |
| Dongguan Yifei Heat Press Technology Co., l | 50,000 | | | 50,000 | 50,000 | .029% | .026% |
| Fangcun Mao | 10,000 | | | 10,000 | 10,000 | .006% | .005% |
| Fanghao (杨方浩) YANG | 1,000 | | | 1,000 | 1,000 | .001% | .001% |
| Feng (张峰）ZHANG | 4,000 | | | 4,000 | 4,000 | .002% | .002% |
| GANG SHEN | 42,000 | | | 42,000 | 42,000 | .024% | .022% |
| Gang （马刚）MA | 3,000 | | | 3,000 | 3,000 | .002% | .002% |
| Gary Li | 906,894 | | | 906,894 | 906,894 | .521% | .465% |
| Guangping Wei | 140,000 | | | 140,000 | 140,000 | .080% | .072% |
| Guilin Zhuonuo Technology Co., Ltd. | 70,000 | | | 70,000 | 70,000 | .040% | .036% |
| GUIQUAN WANG | 21,670 | | | 21,670 | 21,670 | .012% | .011% |

| | | | | | |
|---|---|---|---|---|---|
| Guiyi HE | 300,000 | | 300,000 | 300,000 | .172% | .154% |
| GUOFANG WU | 72,000 | | 72,000 | 72,000 | .041% | .037% |
| Guomei Wang | 322,722 | | 322,722 | 322,722 | .185% | .165% |
| GUOXIANG SHAO | 34,000 | | 34,000 | 34,000 | .020% | .017% |
| Haibin Chen | 16,000 | | 16,000 | 16,000 | .009% | .008% |
| Haifei Li | 20,000 | | 20,000 | 20,000 | .011% | .010% |
| Haihui（顾海辉）GU | 2,000 | | 2,000 | 2,000 | .001% | .001% |
| Hang（管行）GUAN | 75,831 | | 75,831 | 75,831 | .044% | .039% |
| Hanshi Mao | 10,000 | | 10,000 | 10,000 | .006% | .005% |
| Haochen (潘昊晨) PAN | 1,000 | | 1,000 | 1,000 | .001% | .001% |
| Headwin International Logistics LTD | 30,399,820 | | 30,399,820 | 30,399,820 | 17.470% | 15.589% |
| HEBING HU | 10,000 | | 10,000 | 10,000 | .006% | .005% |
| Henry Hung | 394,086 | | 394,086 | 394,086 | .226% | .202% |
| Hongcheng（王鸿城）WANG | 16,000 | | 16,000 | 16,000 | .009% | .008% |
| Hongguo Fu | 42,000 | | 42,000 | 42,000 | .024% | .022% |
| Hongtan Sun | 42,000 | | 42,000 | 42,000 | .024% | .022% |
| HUA-AN International Limited | 3,337,300 | | 3,337,300 | 3,337,300 | 1.918% | 1.711% |
| Huanhuan (高欢欢) GAO | 5,000 | | 5,000 | 5,000 | .003% | .003% |
| Huan（方欢）FANG | 8,000 | | 8,000 | 8,000 | .005% | .004% |
| Hui Xu | 10,000 | | 10,000 | 10,000 | .006% | .005% |
| HUI-LING WU | 50,000 | | 50,000 | 50,000 | .029% | .026% |
| Ipeanut Oversea Investment Group LLC | 200,238 | | 200,238 | 200,238 | .115% | .103% |
| Jason Fu | 45,422,737 | | 45,422,737 | 45,422,737 | 26.103% | 23.292% |
| Jason Hinshing Hung | 281,844 | | 281,844 | 281,844 | .162% | .145% |
| Jiajia (李佳佳) LI | 3,000 | | 3,000 | 3,000 | .002% | .002% |
| Jialin Hu | 1,046,736 | | 1,046,736 | 1,046,736 | .602% | .537% |
| JiangChuan Pu | 1,750,912 | | 1,750,912 | 1,750,912 | 1.006% | .898% |
| JIANGUO LI | 41,670 | | 41,670 | 41,670 | .024% | .021% |
| JIANHUA WU | 26,000 | | 26,000 | 26,000 | .015% | .013% |
| Jianmin Shi | 1,282,707 | | 1,282,707 | 1,282,707 | .737% | .658% |
| JIANRONG WU | 11,500 | | 11,500 | 11,500 | .007% | .006% |
| JIANXING FANG | 50,000 | | 50,000 | 50,000 | .029% | .026% |
| Jiarong (王佳蓉) WANG | 3,000 | | 3,000 | 3,000 | .002% | .002% |
| Jiasheng（王家盛）WANG | 17,000 | | 17,000 | 17,000 | .010% | .009% |
| Jie（徐捷）XU | 30,000 | | 30,000 | 30,000 | .017% | .015% |
| Jing Dong | 41,667 | | 41,667 | 41,667 | .024% | .021% |
| Jinlong Mo | 42,000 | | 42,000 | 42,000 | .024% | .022% |
| JIXIN GUO | 42,000 | | 42,000 | 42,000 | .024% | .022% |
| Juan (张娟) ZHANG | 20,000 | | 20,000 | 20,000 | .011% | .010% |
| JUNHUI WEI | 100,000 | | 100,000 | 100,000 | .057% | .051% |
| JUNWU CHEN | 9,000 | | 9,000 | 9,000 | .005% | .005% |
| Kaiwen Zheng | 886,790 | | 886,790 | 886,790 | .510% | .455% |
| Lei（田磊）TIAN | 8,000 | | 8,000 | 8,000 | .005% | .004% |

| | | | | | |
|---|---|---|---|---|---|
| Lei (蒋磊) JIANG | 10,000 | | 10,000 | 10,000 | .006% | .005% |
| LEI GUO | 10,000 | | 10,000 | 10,000 | .006% | .005% |
| Leo GU | 17,484 | | 17,484 | 17,484 | .010% | .009% |
| Leting ZHOU | 104,902 | | 104,902 | 104,902 | .060% | .054% |
| Lian Liu | 336,294 | | 336,294 | 336,294 | .193% | .172% |
| Liang Luo | 41,700 | | 41,700 | 41,700 | .024% | .021% |
| Liaocheng Ray Fine Technology Co., Ltd | 42,000 | | 42,000 | 42,000 | .024% | .022% |
| LONGQUAN WU | 9,000 | | 9,000 | 9,000 | .005% | .005% |
| Love Forever Irrevocable Trust dated Septem | 166,864 | | 166,864 | 166,864 | .096% | .086% |
| Manrong (王曼蓉) WANG | 5,000 | | 5,000 | 5,000 | .003% | .003% |
| Mariah Mingyu Qian | 1,032,859 | | 1,032,859 | 1,032,859 | .594% | .530% |
| Match Robots LLC | 333,730 | | 333,730 | 333,730 | .192% | .171% |
| Mei Luo Ruff | 491,395 | | 491,395 | 491,395 | .282% | .252% |
| Meng (陈猛) CHENG | 8,000 | | 8,000 | 8,000 | .005% | .004% |
| Mingjian (刘明剑) LIU | 6,000 | | 6,000 | 6,000 | .003% | .003% |
| Nianfeng Yang | 532,632 | | 532,632 | 532,632 | .306% | .273% |
| Ningbo Hai Rui Machinery Technology Co., L | 10,000 | | 10,000 | 10,000 | .006% | .005% |
| Peng (陈鹏) CHEN | 40,000 | | 40,000 | 40,000 | .023% | .021% |
| Pengju Xu | 10,000 | | 10,000 | 10,000 | .006% | .005% |
| PENGPENG GUO | 10,000 | | 10,000 | 10,000 | .006% | .005% |
| Pengyu (吴鹏宇) WU | 20,000 | | 20,000 | 20,000 | .011% | .010% |
| PING JIANG | 26,667 | | 26,667 | 26,667 | .015% | .014% |
| Qiandong (陈乾东) CHEN | 40,000 | | 40,000 | 40,000 | .023% | .021% |
| Qiang Liu | 584,028 | | 584,028 | 584,028 | .336% | .299% |
| Qingguang (李庆广) LI | 4,000 | | 4,000 | 4,000 | .002% | .002% |
| Qiongrong Zhan | 1,718,981 | | 1,718,981 | 1,718,981 | .988% | .881% |
| Qiqi Guo | 10,000 | | 10,000 | 10,000 | .006% | .005% |
| Qun （盖群） GAI | 2,000 | | 2,000 | 2,000 | .001% | .001% |
| RUINAN LU | 20,000 | | 20,000 | 20,000 | .011% | .010% |
| Sen (张森) ZHANG | 5,000 | | 5,000 | 5,000 | .003% | .003% |
| SHAN FU | 150,000 | | 150,000 | 150,000 | .086% | .077% |
| SHANGHAI REDER INDUSTRIAL SUPPLY C | 20,000 | | 20,000 | 20,000 | .011% | .010% |
| Shaoyun (熊绍云) XIONG | 5,000 | | 5,000 | 5,000 | .003% | .003% |
| Shihang Zhou | 20,000 | | 20,000 | 20,000 | .011% | .010% |
| SHIHUI ZOU | 41,670 | | 41,670 | 41,670 | .024% | .021% |
| Shilan Zhou | 174,837 | | 174,837 | 174,837 | .100% | .090% |
| Shuangshui Zhu | 8,400 | | 8,400 | 8,400 | .005% | .004% |
| Shuoshuo (严烁烁) YAN | 20,000 | | 20,000 | 20,000 | .011% | .010% |
| Shuying Zhao | 4,588,103 | | 4,588,103 | 4,588,103 | 2.637% | 2.353% |
| Sibo Xu | 10,000 | | 10,000 | 10,000 | .006% | .005% |
| Sunrise Capital Group LLC | 1,300,000 | | 1,300,000 | 1,300,000 | .747% | .667% |
| Sunrise Capital Partners LLC | 800,953 | | 800,953 | 800,953 | .460% | .411% |
| Tao Guo | 1,300 | | 1,300 | 1,300 | .001% | .001% |

| | | | | |
|---|---|---|---|---|
| TFF LLC | 28,867,545 | 28,867,545 | 28,867,545 | 16.589% | 14.803% |
| THT Holdings LLC | 466,256 | 466,256 | 466,256 | .268% | .239% |
| TING LUO | 322,722 | 322,722 | 322,722 | .185% | .165% |
| Tony Baimin Mao | 503,333 | 503,333 | 503,333 | .289% | .258% |
| WEI WANG | 50,000 | 50,000 | 50,000 | .029% | .026% |
| Weirong (裴伟荣) QIU | 3,000 | 3,000 | 3,000 | .002% | .002% |
| Weiyu Wu | 363,286 | 363,286 | 363,286 | .209% | .186% |
| Wenzhong Yan | 8,330 | 8,330 | 8,330 | .005% | .004% |
| Wenzhou Yizhong Refrigeration and Heating I | 55,000 | 55,000 | 55,000 | .032% | .028% |
| World Synergy Investment Ltd | 18,242,400 | 18,242,400 | 18,242,400 | 10.483% | 9.354% |
| XIAOGUANG WANG | 20,000 | 20,000 | 20,000 | .011% | .010% |
| Xiaojun Chen | 10,000 | 10,000 | 10,000 | .006% | .005% |
| Xiaolong (马晓龙) MA | 10,000 | 10,000 | 10,000 | .006% | .005% |
| Xiaoming Hu | 20,000 | 20,000 | 20,000 | .011% | .010% |
| Xiaoxiao Guan | 20,000 | 20,000 | 20,000 | .011% | .010% |
| Xin (袁鑫) YUAN | 2,000 | 2,000 | 2,000 | .001% | .001% |
| XINGBIN MA | 20,000 | 20,000 | 20,000 | .011% | .010% |
| Xinxia (徐鑫霞）XU | 6,000 | 6,000 | 6,000 | .003% | .003% |
| Xiuqin Zhang | 500,595 | 500,595 | 500,595 | .288% | .257% |
| Xiuyan Wang | 17,000 | 17,000 | 17,000 | .010% | .009% |
| Xiyan Kong | 83,670 | 83,670 | 83,670 | .048% | .043% |
| YAMIN XIAO | 20,000 | 20,000 | 20,000 | .011% | .010% |
| YAN SU | 10,000 | 10,000 | 10,000 | .006% | .005% |
| Yancheng Cross Machinery Manufacture Co., | 283,350 | 283,350 | 283,350 | .163% | .145% |
| Yangyang (连阳阳）LIAN | 20,000 | 20,000 | 20,000 | .011% | .010% |
| Yanjun (戴燕君）DAI | 5,000 | 5,000 | 5,000 | .003% | .003% |
| Yanyan (蔡彦琰）CAI | 25,000 | 25,000 | 25,000 | .014% | .013% |
| Yaoqi (徐瑶琦) XU | 2,000 | 2,000 | 2,000 | .001% | .001% |
| YAZHU ZHENG | 41,670 | 41,670 | 41,670 | .024% | .021% |
| Ye (叶哗) YE | 8,000 | 8,000 | 8,000 | .005% | .004% |
| Yi Lin | 50,000 | 50,000 | 50,000 | .029% | .026% |
| Yi-Cheng Liao | 50,000 | 50,000 | 50,000 | .029% | .026% |
| Yinfeng Zhou | 1,149,009 | 1,149,009 | 1,149,009 | .660% | .589% |
| Ying Chen | 538,568 | 538,568 | 538,568 | .309% | .276% |
| Ying Zhan | 2,262,181 | 2,262,181 | 2,262,181 | 1.300% | 1.160% |
| YINGYAO CHEN | 42,000 | 42,000 | 42,000 | .024% | .022% |
| Yingying Li | 25,000 | 25,000 | 25,000 | .014% | .013% |
| Yining (李奕宁）LI | 40,000 | 40,000 | 40,000 | .023% | .021% |
| Yong Jiang | 30,000 | 30,000 | 30,000 | .017% | .015% |
| Yongmei Zhang | 16,667 | 16,667 | 16,667 | .010% | .009% |
| YOUJIANG SHAO | 7,500 | 7,500 | 7,500 | .004% | .004% |
| YOUZHENG CAI | 70,000 | 70,000 | 70,000 | .040% | .036% |
| YU-KAI（謝佑鎧）HSIEH | 8,500 | 8,500 | 8,500 | .005% | .004% |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Yue Rong | 83,432 | | | 83,432 | 83,432 | .048% | .043% |
| YUNFEI DU | 13,000 | | | 13,000 | 13,000 | .007% | .007% |
| Yvette Koo | 2,003,908 | | | 2,003,908 | 2,003,908 | 1.152% | 1.028% |
| Zeyuan (范泽渊) FAN | 20,000 | | | 20,000 | 20,000 | .011% | .010% |
| Zhangxiang (雷章祥) LEI | 10,000 | | | 10,000 | 10,000 | .006% | .005% |
| Zhejiang OrangePlas Co., Ltd. | 37,250 | | | 37,250 | 37,250 | .021% | .019% |
| Zhenghong Qi | 269,009 | | | 269,009 | 269,009 | .155% | .138% |
| ZHENXING TAN | 42,000 | | | 42,000 | 42,000 | .024% | .022% |
| ZHENZHOU ZHANG | 42,000 | | | 42,000 | 42,000 | .024% | .022% |
| ZHICHAO WANG | 410,000 | | | 410,000 | 410,000 | .236% | .210% |
| Zhifeng (虞志峰) YU | 40,000 | | | 40,000 | 40,000 | .023% | .021% |
| Zhijiang Ren | 42,000 | | | 42,000 | 42,000 | .024% | .022% |
| Options and RSU's issued and outstanding | | | | | | | |
| Shares available for issuance under the plan | | 11,000,000 | 10,000,000 | | 21,000,000 | | 10.768% |
| **Fully diluted shares** | **174,014,305** | **11,000,000** | **10,000,000** | | **195,014,305** | | **100.000%** |
| **Fully diluted ownership** | **89.232%** | **5.641%** | **5.128%** | | **100.000%** | | |
| **Total Shares outstanding** | **174,014,305** | | | **174,014,305** | | **100.000%** | |
| **Percentage outstanding** | **100.000%** | | | **100.000%** | | | |
| **Price per share** | | | | | | | |

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Cerritos** _____, California.

Date:  **February  5, 2024** _____

**Jason Fu**
Signature of Debtor 1


_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify the case:**

Debtor name **Toolots Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................. $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................ $ 2,308,249.74

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................. $ 2,308,249.74

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ 2,098,650.58

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ 4,927,820.33

4. **Total liabilities** ................................................................................................
   Lines 2 + 3a + 3b

   $ 7,026,470.91

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Toolots Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 2. | **Cash on hand** | | **$600.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **East West Bank NA (in name of Yuutool)** | **Checking** | **8970** | **$30,238.00** |
| 3.2. | **East West Bank** | **Checking** | **7252** | **$200.00** |
| 3.3. | **East West Bank** | **Checking** | **7880** | **$549.37** |
| 3.4. | **East West Bank** | **Checking** | **0983** | **$0.15** |
| 3.5. | **East West Bank** | **Checking** | **1163** | **$200.08** |
| 3.6. | **East West Bank** | **Checking** | **1205** | **$70.02** |

Debtor   **Toolots Inc.**                                    Case number *(If known)* _____
         _____
         Name

| 3.7. | **East West Bank** | **Checking** | 1221 | $50.02 |
|------|--------------------|--------------|------|--------|

| 3.8. | **Bank of America** | **Checking** | 9852 | $101.42 |
|------|---------------------|--------------|------|---------|

| 3.9. | **East West Bank (in name of Bolton LLC)** | **Checking** | 3961 | $50,000.00 |
|------|--------------------------------------------|--------------|------|------------|

**4.**   **Other cash equivalents** *(Identify all)*

| 4.1. | **Paypal is holding funds in reserve in case of charge backs.** | $864,785.94 |
|------|-----------------------------------------------------------------|-------------|

| 4.2. | **Funds temporily held by Braintree, Paypal and Nuvel gateway processing platforms.** | $0.00 |
|------|----------------------------------------------------------------------------------------|-------|

**5.**   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $946,795.00 |
|-|-------------|

**Part 2:**   **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.**   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **RREEF American LLC (warehouse landlord)** | $500,000.00 |
|------|---------------------------------------------|-------------|

| 7.2. | **CTC Office 3LP (office landlord)** | $29,461.15 |
|------|--------------------------------------|------------|

| 7.3. | **Southern California Edison** | $3,000.00 |
|------|--------------------------------|-----------|

| 7.4. | **Moreno Valleu Electric Utility** | $235.00 |
|------|-------------------------------------|---------|

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Tengzhou Tri-Union Machinery Co., Ltd (vendor deposit)** | $100,000.00 |
|------|------------------------------------------------------------|-------------|

| Debtor | **Toolots Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 8.2. | **Anhui Chizhou Household Machine Tool Co.,Ltd (vendor deposit)** | | **$100,000.00** |

| | | | |
|---|---|---|---|
| 8.3. | **WMT CNC Industrial Co.,Ltd (vendor deposit)** | | **$100,000.00** |

| | | |
|---|---|---|
| 9. | **Total of Part 2.** | **$832,696.15** |
| | Add lines 7 through 8. Copy the total to line 81. | |

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | **8,758.59** | - | **0.00** | = .... **$8,758.59** |
| | | face amount | | doubtful or uncollectible accounts | |

| | | |
|---|---|---|
| 12. | **Total of Part 3.** | **$8,758.59** |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |
| 15.1. | **Yuutool Inc.** | **100** % | **$0.00** |
| 15.2. | **Debtor owns multiple international subsidiaries, some of which are owned entirely and some factionally: 1)Toolots Ningbo, China; 2)Toolots Shanghai, China; 3)Toolots Taizhong, Taiwan; 4)Toolots Qingdao, China; 5)Toolots Qingdao, China; 6)Toolots Shenzhen, China** | **100** % | **$0.00** |

| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
|---|---|---|---|

| Debtor | **Toolots Inc.** | Case number (If known) | |
|---|---|---|---|
| | Name | | |

**17.** **Total of Part 4.**                                                                                    **$0.00**

Add lines 14 through 16.  Copy the total to line 83.

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

**19.**    **Raw materials**

**20.**    **Work in progress**

**21.**    **Finished goods, including goods held for resale**

| Inventory | 6/2023 | $0.00 | Replacement | $300,000.00 |
|---|---|---|---|---|

**22.**    **Other inventory or supplies**

**23.**    **Total of Part 5.**                                                                              **$300,000.00**

Add lines 19 through 22.  Copy the total to line 84.

**24.**    **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.

☐ Yes Fill in the information below.

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

| Debtor | Toolots Inc. | Case number (If known) |
|---|---|---|
| | Name | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Warehouse equipment: warehouse racks , forklifts, Conveyor belt, warehouse decking, televisions, warehouse scale, Nissan BX50N FO. etc.**      $0.00      $200,000.00

51. **Total of Part 8.**      $200,000.00
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **toolots.com** | $0.00 | Recent cost | $20,000.00 |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

Debtor   **Toolots Inc.**_____   Case number *(If known)*_____
         Name

66.   **Total of Part 10.**                                                      |  $20,000.00 |

      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

      ■ No
      ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Toolots Inc.**                                        Case number *(If known)* _____
_____
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $946,795.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $832,696.15 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $8,758.59 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $300,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $200,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $20,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,308,249.74 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,308,249.74 |

| Fill in this information to identify the case: |
|---|
| Debtor name **Toolots Inc.** |
| United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**  **Decathlon Alpha IV, LP**<br>Creditor's Name<br><br>**1441 West Ute Boulevard<br>Ste 240<br>Park City, UT 84098**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Revenue loan**<br><br><br>Describe the lien | **$2,098,650.58** | **$0.00** |

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**8/17/2021**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$2,098,650.58**

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
|---|

Debtor name __**Toolots Inc.**__

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |

**2.1** Priority creditor's name and mailing address
**California Dpt of Tax and Fee**
**Admin**
**PO Box 942879**
**450 N. Street**
**Sacramento, CA 94279**
Date or dates debt was incurred _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **Unknown**   Priority amount **Unknown**

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
**Amazon Web Services**
**PO Box 84023**
**Seattle, WA 98124**
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$12,842.44**

**3.2** Nonpriority creditor's name and mailing address
**American Express**
**200 Vesey Street**
**New York, NY 10285**
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Card__

Is the claim subject to offset? ☑ No ☐ Yes

**$60,107.66**

| Debtor | Toolots Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,167.85**

**Attentive Mobile USA**
**221 River Street, Suite 904**
**Hoboken, NJ 07030**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00**

**Bettabot Inc**
**10450 Pioneer Blvd #8;**
**Santa Fe Springs, CA 90670**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Short term loan.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,979.25**

**China Mobile**
**Lvl 30, Twr 1, Kowloon Comm. Centre**
**51 Kwai Cheong Road**
**Kwai Chung, HK**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Cintas Fire Protection**
**Cintas Fire 636525, P.O. Box 636525**
**Cincinnati, OH 45263**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**City Capital NY LLC**
**City Capital NY (CCNY)**
**224 W. 35th St. Ste 500**
**New York, NY 10001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  3/22/2023; 4/4/2023;

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$106,844.30**

**Clearco**
**CFT Clear Finance Technology Corp**
**2810 N Church St #68100**
**Wilmington, DE 19802-4447**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  8/31/2023

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$321,264.60**

**Cobalt Funding Solutions**
**99 Wall Street, Suite 3618**
**New York, NY 10005**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  3/14/2023

Basis for the claim:  **Merchant Cash Advance Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Toolots Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$35,184.44**

**CTC Office 3 LP**
**c/o Tiarna Real Estate Svcs**
**2603 Main Street Ste 210**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Office Rent__

**Date(s) debt was incurred** _

**Last 4 digits of account number** _5668_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,720.00**

**DaConnect Pallets, LLC**
**18900 Cajon Blvd**
**San Bernardino, CA 92407**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,801.31**

**Diversitech Equipment & Sales**
**One Pierce Place, Suite 725W**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,253.85**

**Eastern Municipal Water District**
**2270 Trumble Rd**
**Perris, CA 92570**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,651.80**

**Extend Inc**
**440 Barranca Ave #4904**
**Covina, CA 91723**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$101,711.95**

**Fedral Express**
**3965 Airways, Module G**
**FedEx Corp Revenue Services**
**Memphis, TN 38116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$234,545.72**

**FL Key Logistics**
**PO Box 935852**
**FL Key Logistics 200 (DE) LLC**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Toolots Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,091.99** |
|---|---|---|---|

**Frontline Freight**
**240 S 6th Ave, City of Industry, CA**
**La Puente, CA 91746**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gary Li**
**21918 Winnebago Ln.**
**Lake Forest, CA 92630**

Date(s) debt was incurred  6/11/2018

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For notice purposes. Convertiable note purchase agreement ($300,000)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,505,732.90** |
|---|---|---|---|

**Google LLC**
**1600 Amphitheatre Pkwy**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,645.00** |
|---|---|---|---|

**GPC Pallets**
**P.O. BOX 706**
**Perris, CA 92572**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Haitao Xiong**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sharholder Equity Loan (1,341,234.84)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,909.36** |
|---|---|---|---|

**Harvest Realty Development**
**50 N Hill Ave**
**Pasadena, CA 91106**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sara Liu Realtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$255,166.67** |
|---|---|---|---|

**Henry Hung**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Toolots Inc. | Case number (if known) | |
|---|---|---|---|
| | **Name** | | |

---

**3.24**

**Nonpriority creditor's name and mailing address**

**Jiangchuan Pu**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*   **$402,462.88**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25**

**Nonpriority creditor's name and mailing address**

**Jianmin Shi**
**24560 Avenida De Marcia**
**Yorba Linda, CA 92887**

**Date(s) debt was incurred  6/11/2018**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Convertable note purchase agreement ($300,000)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26**

**Nonpriority creditor's name and mailing address**

**Jin's Investment Inc. NV Corp.**
**3608 East Sunset Rd. Ste 110**
**Las Vegas, NV 89120**

**Date(s) debt was incurred  7/2/2019**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Convertable promissory note converted to equity on 11/11/2020 ($3,000,000)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27**

**Nonpriority creditor's name and mailing address**

**K.C Group International Inc.**
**Richard Koo, DEO**
**767 North Hill Street, Suite 500**
**Los Angeles, CA 90012**

**Date(s) debt was incurred  7/15/2019**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  For notice purposes. Convertible note equity purchase agreement. ($1,000,000)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28**

**Nonpriority creditor's name and mailing address**

**Lee & Associates**
**5675 Telegraph Rd. Suite 300**
**Los Angeles, CA 90040**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*   **$16,364.04**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29**

**Nonpriority creditor's name and mailing address**

**Lobasso Packaging Inc**
**18627 Brookhurst St. #515**
**Fountain Valley, CA 92708**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*   **$2,433.23**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30**

**Nonpriority creditor's name and mailing address**

**McKOWN BAILEY Yichang(Carter) Chen**
**520 Newport Center Drive, Suite 470**
**Newport Beach, CA 92660**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*   **$15,501.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Toolots Inc.**                                                      Case number *(if known)* _____
_____
Name

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Min Chen**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shareholder equity loan ($323,078.00)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,765.99 |
|---|---|---|---|

**Moreno Valley Utility**
**14331 Frederick St. Ste 2**
**Moreno Valley, CA 92553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/31/2024**

Last 4 digits of account number  **0000**

Basis for the claim:  **Warehouse electrical bill 17783 Indian St.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,583.31 |
|---|---|---|---|

**Noibu Technologies Inc**
**979 Bank St, Ottawa ON K1S 5K5**
**ON K1S 5K5, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,495.32 |
|---|---|---|---|

**Oracle America, Inc.**
**500 Oracle Parkway**
**Redwood City, CA 94065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,621.00 |
|---|---|---|---|

**Peridot Construction Group**
**6143 Cooper Ave**
**Fontana, CA 92336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,295.05 |
|---|---|---|---|

**Primo Water North America (Sparklet**
**200 Eagles Landing Boulevard**
**Lakeland, FL 33810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $485,887.91 |
|---|---|---|---|

**RREEF CPIF 17783 Indian St. CA LLC**
**222 South Riverside Plaza 34th Fl.**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warehouse landlord**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Toolots Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00**

**Scott Neal**
**2440 Stony Lane**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Contractor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$396,846.57**

**Shuxian Chang**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$73,503.79**

**Signifyd**
**99 South Almaden Boulevard Ste 400**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,500.00**

**SimilarWeb Inc**
**16 East 34th Street, 15th floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,071.03**

**The Custom Companies Inc**
**135 N. Railroad Ave Northlake IL 60**
**Melrose Park, IL 60164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Tim Zhu**
**22360 Kicking Horse Dr.**
**Diamond Bar, CA 91765**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/15/2018

Basis for the claim:  __For notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,103.76**

**Transportation Audit and Recovery S**
**1900 E. Golf Rd Suite# 950**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Toolots Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,133.21 |
|---|---|---|---|

**UPS Capital Insurance Agency Inc**
**P.O. Box 100458**
**Fort Worth, TX 76185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275,431.63 |
|---|---|---|---|

**Worldwide Express Corporate**
**2700 Commerce Street Suite 1500**
**Dallas, TX 75226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,099.52 |
|---|---|---|---|

**Yahee Inc**
**6450 Sycamore Canyon Blvd**
**Riverside, CA 92507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Z&C CPAs**
**805 W. Duarte Road, Suite #108**
**Arcadia, CA 91007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **CTC Office 3 LP**<br>**c/o Cress Capital Partners LLC**<br>**4000 MacArthur Blvd.**<br>**East Tower Ste 600**<br>**Newport Beach, CA 92660** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Law Offices of Richard L. Seide APC**<br>**901 Dove Street, Ste 120**<br>**Newport Beach, CA 92660-3018** | Line **3.37**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **RREFF CPIF 17783 Indian St. CA, LLC**<br>**CT Corporation System, Agent**<br>**330 N. Brand Blvd. Ste 700**<br>**Glendale, CA 91203** | Line **3.37**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  0.00 |

Debtor    **Toolots Inc.**
_____
Name                                Case number (if known) _____

**5b. Total claims from Part 2**                    5b.  +  $            **4,927,820.33**

**5c. Total of Parts 1 and 2**                      5c.     $            **4,927,820.33**
    Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name **Toolots Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Office rent expires 5/2027** | |
| State the term remaining | |
| List the contract number of any government contract | **CTC Office 3 LP c/o Cress Capital Partners, LLC 400 MacArthur Blvd East Tower, Ste 600 Newport Beach, CA 92660** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Warehouse lease expires 11/2026** | |
| State the term remaining **21 months** | |
| List the contract number of any government contract | **RREEF CPIF 17783 Indian Street CA, 222 South Riverside Plaza 34th Fl. Chicago, IL 60606** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **7/2025** | |
| State the term remaining | |
| List the contract number of any government contract | **Transporation Audit & Recovery Seri** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **Sublessee for Cerritos office space through 3/31/2027** | |
| State the term remaining | |
| List the contract number of any government contract | **Wang Globalnet 11785 Center Ct. Dr. Ste 300 Cerritos, CA 90703** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Toolots Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Toolots Hangzhou, China** | | **Decathlon Alpha IV, LP** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Toolots Ningbo, China** | | **Decathlon Alpha IV, LP** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Toolots Qingdao, China** | | **Decathlon Alpha IV, LP** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Toolots Shanghai, China** | | **Decathlon Alpha IV, LP** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Toolots Shenzhen, China** | | **Decathlon Alpha IV, LP** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Toolots Inc.** | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  **Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |

2.6 **Toolots
    Taizhong,
    Taiwan**

**Decathlon Alpha IV,
LP**

■ D ___**2.1**___
□ E/F _____
□ G _____

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re __Toolots Inc.__ _____ Case No. _____
_____

Debtor(s)        Chapter    __11__ _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **67,000.00\*** |
| Prior to the filing of this statement I have received | $ | **67,000.00** |
| Balance Due | $ | **0.00** |

2.  $__1,717.00__ of the filing fee has been paid.          \*represents pre-petition amount. Attorney charges hourly.
    Employment Application to be filed with the Court.

3.  The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__February  6, 2024__ _____          /s/ Christopher J. Langley
_Date_                                                **Christopher J. Langley 258851**
                                                      _Signature of Attorney_
                                                      **Shioda Langley & Chang LLP**
                                                      **1063 E. Las Tunas Dr.**
                                                      **San Gabriel, CA 91776**
                                                      **951-383-3388  Fax: 877-483-4434**
                                                      **chris@slclawoffice.com**
                                                      _Name of law firm_

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

Christopher J. Langley 258851
1063 E. Las Tunas Dr.
San Gabriel, CA 91776
951-383-3388 Fax: 877-483-4434
California State Bar Number: 258851 CA
chris@slclawoffice.com

FOR COURT USE ONLY

☐  Debtor(s) appearing without an attorney

■  Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Toolots Inc.

CASE NO.:

CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

#### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **February 5, 2024**

Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **February 5, 2024**

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                          F 1007-1.MAILING.LIST.VERIFICATION

Toolots Inc.
17785 Center Ct. Dr. N. Ste 305
Cerritos, CA 90703


Christopher J. Langley
Shioda Langley & Chang LLP
1063 E. Las Tunas Dr.
San Gabriel, CA 91776


Amazon Web Services
PO Box 84023
Seattle, WA 98124


American Express
200 Vesey Street
New York, NY 10285


Attentive Mobile USA
221 River Street, Suite 904
Hoboken, NJ 07030


Bettabot Inc
10450 Pioneer Blvd #8;
Santa Fe Springs, CA 90670


California Dpt of Tax and Fee Admin
PO Box 942879
450 N. Street
Sacramento, CA 94279


China Mobile
Lvl 30, Twr 1, Kowloon Comm. Centre
51 Kwai Cheong Road
Kwai Chung, HK

Cintas Fire Protection
Cintas Fire 636525, P.O. Box 636525
Cincinnati, OH 45263


City Capital NY LLC
City Capital NY (CCNY)
224 W. 35th St. Ste 500
New York, NY 10001


Clearco
CFT Clear Finance Technology Corp
2810 N Church St #68100
Wilmington, DE 19802-4447


Cobalt Funding Solutions
99 Wall Street, Suite 3618
New York, NY 10005


CTC Office 3 LP
c/o Tiarna Real Estate Svcs
2603 Main Street Ste 210
Irvine, CA 92614


CTC Office 3 LP
c/o Cress Capital Partners, LLC
400 MacArthur Blvd
East Tower, Ste 600
Newport Beach, CA 92660


DaConnect Pallets, LLC
18900 Cajon Blvd
San Bernardino, CA 92407


Decathlon Alpha IV, LP
1441 West Ute Boulevard Ste 240
Park City, UT 84098

Diversitech Equipment & Sales
One Pierce Place, Suite 725W
Itasca, IL 60143


Eastern Municipal Water District
2270 Trumble Rd
Perris, CA 92570


Extend Inc
440 Barranca Ave #4904
Covina, CA 91723


Fedral Express
3965 Airways, Module G
FedEx Corp Revenue Services
Memphis, TN 38116


FL Key Logistics
PO Box 935852
FL Key Logistics 200 (DE) LLC
Atlanta, GA 31193


Frontline Freight
240 S 6th Ave, City of Industry, CA
La Puente, CA 91746


Gary Li
21918 Winnebago Ln.
Lake Forest, CA 92630


Google LLC
1600 Amphitheatre Pkwy
Mountain View, CA 94043

GPC Pallets
P.O. BOX 706
Perris, CA 92572


Harvest Realty Development
50 N Hill Ave
Pasadena, CA 91106


Henry Hung


Jiangchuan Pu


Jianmin Shi
24560 Avenida De Marcia
Yorba Linda, CA 92887


Jin's Investment Inc. NV Corp.
3608 East Sunset Rd. Ste 110
Las Vegas, NV 89120


K.C Group International Inc.
Richard Koo, DEO
767 North Hill Street, Suite 500
Los Angeles, CA 90012


Law Offices of Richard L. Seide APC
901 Dove Street, Ste 120
Newport Beach, CA 92660-3018

Lee & Associates
5675 Telegraph Rd. Suite 300
Los Angeles, CA 90040


Lobasso Packaging Inc
18627 Brookhurst St. #515
Fountain Valley, CA 92708


McKOWN BAILEY Yichang(Carter) Chen
520 Newport Center Drive, Suite 470
Newport Beach, CA 92660


Min Chen


Moreno Valley Utility
14331 Frederick St. Ste 2
Moreno Valley, CA 92553


Noibu Technologies Inc
979 Bank St, Ottawa ON K1S 5K5
ON K1S 5K5, Canada


Oracle America, Inc.
500 Oracle Parkway
Redwood City, CA 94065


Peridot Construction Group
6143 Cooper Ave
Fontana, CA 92336

Primo Water North America (Sparklet
200 Eagles Landing Boulevard
Lakeland, FL 33810


RREEF CPIF 17783 Indian St. CA LLC
222 South Riverside Plaza 34th Fl.
Chicago, IL 60606


RREEF CPIF 17783 Indian Street CA,
222 South Riverside Plaza 34th Fl.
Chicago, IL 60606


RREFF CPIF 17783 Indian St. CA, LLC
CT Corporation System, Agent
330 N. Brand Blvd. Ste 700
Glendale, CA 91203


Scott Neal
2440 Stony Lane
Brea, CA 92821


Shuxian Chang


Signifyd
99 South Almaden Boulevard Ste 400
San Jose, CA 95113


SimilarWeb Inc
16 East 34th Street, 15th floor
New York, NY 10016

The Custom Companies Inc
135 N. Railroad Ave Northlake IL 60
Melrose Park, IL 60164


Tim Zhu
22360 Kicking Horse Dr.
Diamond Bar, CA 91765


Transporation Audit & Recovery Seri



Transportation Audit and Recovery S
1900 E. Golf Rd Suite# 950
Schaumburg, IL 60173


UPS Capital Insurance Agency Inc
P.O. Box 100458
Fort Worth, TX 76185


Wang Globalnet
11785 Center Ct. Dr. Ste 300
Cerritos, CA 90703


Worldwide Express Corporate
2700 Commerce Street Suite 1500
Dallas, TX 75226


Yahee Inc
6450 Sycamore Canyon Blvd
Riverside, CA 92507

Z&C CPAs
805 W. Duarte Road, Suite #108
Arcadia, CA 91007

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Christopher J. Langley 258851**<br>**1063 E. Las Tunas Dr.**<br>**San Gabriel, CA 91776**<br>**951-383-3388 Fax: 877-483-4434**<br>California State Bar Number: **258851 CA**<br>chris@slclawoffice.com | |

■ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>           **Toolots Inc.**<br><br>                                        Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br><br><br>                                       Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO  FRBP 1007(a)(1)<br>and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    __Christopher J. Langley 258851_____ , the undersigned in the above-captioned case, hereby declare
                    *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:
    - ☐ I am the president or other officer or an authorized agent of the Debtor corporation
    - ☐ I am a party to an adversary proceeding
    - ☐ I am a party to a contested matter
    - ☑ I am the attorney for the Debtor corporation

2.a. ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
    See Addendum

 b.  ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

---

**February  6, 2024**

Date

By: **/s/ Christopher J. Langley**

Signature of Debtor, or attorney for Debtor

Name: **Christopher J. Langley 258851**

Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

Jason Fu
2836 N. Kingsgate Dr.
Orange, CA 92867

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                 **F 1007-4.CORP.OWNERSHIP.STMT**

## CORPORATE RESOLUTION AUTHORIZING BANKRUPTCY FILING

The undersigned Officers of Toolots, Inc., (the Company), and pursuant to the provisions of the California statutes, hereby consents to the adoption of the following resolutions and to the action authorized in such resolutions as agreed upon in the Corporate Meeting on February 3, 2024:

**IT IS RESOLVED** that **Jason Fu** the President of the Company is hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and for the best interests of the Company, its creditors, members and other interested parties, if a voluntary petition ("Petition") be filed by the Corporation under the provisions of chapter 11 of the Bankruptcy Code;

**IT IS FURTHER RESOLVED,** that if the **Jason Fu** (President) of this Company shall make such determination, then a Petition under said chapter 11 shall be filed as submitted by Jason Fu (President) of the Company and the same hereby is approved and adopted in all respects, and the President of the Company is hereby authorized and directed, on behalf of and in the name of the Company, to execute and verify such Petition and to cause the same to be filed with the United States Bankruptcy Court for Central District of California, Los Angeles Division;

**IT IS FURTHER RESOLVED,** that the President of the Company be and he hereby is authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which he may deem necessary and proper in connection with such proceedings under said chapter 11 and in that connection to retain and employ all assistance by legal counsel or otherwise which he may deem necessary and proper with a view to the successful termination of such proceedings;

**IT IS FURTHER RESOLVED,** that Shioda Langley & Chang, LLP be and hereby is retained as attorneys for the Company in connection with the institution of and maintaining of such proceedings.

Resolved this 3rd day of Febrary 2024.

**Toolots, Inc.**


By _____
　　Jason Fu, President


By _____
　　Tim Zhu, Secretary