### Fill in this information to identify the case:

Debtor name: Toolots Inc.

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): 2:24-bk-10893

☑ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets—Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☑ Amended Schedule  Schedule F
☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  February 22, 2024   X  /s/ Jason Fu
                                    Signature of individual signing on behalf of debtor

                                    Jason Fu
                                    Printed name

                                    CEO
                                    Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Toolots Inc.**
United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**
Case number (if known): **2:24-bk-10893**

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bettabot Inc**<br>10450 Pioneer Blvd #8;<br>Santa Fe Springs, CA 90670 | | Short term loan. | | | | $300,000.00 |
| **Clearco**<br>CFT Clear Finance Technology Corp<br>2810 N Church St #68100<br>Wilmington, DE 19802-4447 | | Merchant Capital Advance | | | | $106,844.30 |
| **Cobalt Funding Solutions**<br>99 Wall Street, Suite 3618<br>New York, NY 10005 | | Merchant Cash Advance Agreement | | | | $321,264.60 |
| **Decathlon Alpha IV, LP**<br>1441 West Ute Boulevard Ste 240<br>Park City, UT 84098 | | Revenue loan | | $2,098,650.58 | $0.00 | $2,098,650.58 |
| **Fedral Express**<br>3965 Airways, Module G<br>FedEx Corp Revenue Services<br>Memphis, TN 38116 | | | | | | $101,711.95 |
| **FL Key Logistics**<br>PO Box 935852<br>FL Key Logistics 200 (DE) LLC<br>Atlanta, GA 31193 | | | | | | $234,545.72 |
| **Gary Li**<br>21918 Winnebago Ln.<br>Lake Forest, CA 92630 | | Convertiable note purchase agreement | | | | $300,000.00 |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 1

| Debtor | Toolots Inc. | | Case number *(if known)* | **2:24-bk-10893** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Google LLC 1600 Amphitheatre Pkwy Mountain View, CA 94043 | | | | | | $1,505,732.90 |
| Haitao Xiong 59 Via Del Cielo Rancho Palos Verdes, CA 90275 | | **Shareholder Equity Loan** | | | | $1,341,234.84 |
| Henry Hung 9621 Loma St. Villa Park, CA 92861 | | | | | | $255,166.67 |
| Jiangchuan Pu 5545 Vista Del Mar Yorba Linda, CA 92887 | | | | | | $402,462.88 |
| Jianmin Shi 24560 Avenida De Marcia Yorba Linda, CA 92887 | | **Convertable note purchase agreement ($300,000)** | **Contingent Unliquidated** | | | $300,000.00 |
| Jin's Investment Inc. NV Corp. 3608 East Sunset Rd. Ste 110 Las Vegas, NV 89120 | | **Convertable promissory note converted to equity on 11/11/2020 ($3,000,000)** | | | | $3,000,000.00 |
| K.C Group International Inc. Richard Koo, DEO 767 North Hill Street, Suite 500 Los Angeles, CA 90012 | | **For notice purposes. Convertible note equity purchase agreement. ($1,000,000)** | | | | $1,000,000.00 |
| Mercer Technologies Inc. c/o Hassler Kondras Miller LP 100 Cherry St. Terre Haute, IN 47807 | | **lawsuit** | | | | $89,524.05 |
| Min Chen 9084 Linden Oak St. Las Vegas, NV 89178 | | **Shareholder equity loan** | **Contingent** | | | $323,078.00 |
| RREEF CPIF 17783 Indian St. CA LLC 222 South Riverside Plaza 34th Fl. Chicago, IL 60606 | | **Warehouse landlord** | | | | $485,887.91 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

| Debtor | Toolots Inc. | | | Case number *(if known)* | **2:24-bk-10893** | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Shuxian Chang**<br>**15 Via Del Cielo**<br>**Rancho Palos Verdes, CA 90275** | | | | | | **$396,846.57** |
| **Worldwide Express Corporate**<br>**2700 Commerce Street Suite 1500**<br>**Dallas, TX 75226** | | | | | | **$275,431.63** |
| **Xnergy Financial LLC**<br>**c/o Kyle P. Kelley PC**<br>**701 Commerce Street. 5th Floor**<br>**Dallas, TX 75202** | | LASC Case No. 22NWCV01173. | | | | **$266,962.63** |

**Fill in this information to identify the case:**

Debtor name: **Toolots Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): **2:24-bk-10893**

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**California Dpt of Tax and Fee Admin**<br>**PO Box 942879**<br>**450 N. Street**<br>**Sacramento, CA 94279** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Amazon Web Services**<br>**PO Box 84023**<br>**Seattle, WA 98124** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,842.44** |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset?  ☒ No  ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>**American Express**<br>**200 Vesey Street**<br>**New York, NY 10285** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$60,107.66** |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Credit Card**<br>Is the claim subject to offset?  ☒ No  ☐ Yes | |

| Debtor | Toolots Inc. | Case number (if known) | 2:24-bk-10893 |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Attentive Mobile USA**<br>**221 River Street, Suite 904**<br>**Hoboken, NJ 07030**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$16,167.85** |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Bettabot Inc**<br>**10450 Pioneer Blvd #8;**<br>**Santa Fe Springs, CA 90670**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Short term loan.**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$300,000.00** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**China Mobile**<br>**Lvl 30, Twr 1, Kowloon Comm. Centre**<br>**51 Kwai Cheong Road**<br>**Kwai Chung, HK**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$3,979.25** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Cintas Fire Protection**<br>**P.O. Box 636525**<br>**Cincinnati, OH 45263**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$2,000.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**City Capital NY LLC**<br>**City Capital NY (CCNY)**<br>**224 W. 35th St. Ste 500**<br>**New York, NY 10001**<br><br>Date(s) debt was incurred **3/22/2023; 4/4/2023;**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Clearco**<br>**CFT Clear Finance Technology Corp**<br>**2810 N Church St #68100**<br>**Wilmington, DE 19802-4447**<br><br>Date(s) debt was incurred **8/31/2023**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$106,844.30** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Cobalt Funding Solutions**<br>**99 Wall Street, Suite 3618**<br>**New York, NY 10005**<br><br>Date(s) debt was incurred **3/14/2023**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Merchant Cash Advance Agreement**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$321,264.60** |

| Debtor | Toolots Inc. | Case number (if known) | 2:24-bk-10893 |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>**CTC Office 3 LP**<br>**c/o Tiarna Real Estate Svcs**<br>**2603 Main Street Ste 210**<br>**Irvine, CA 92614**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **5668** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Office Rent**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$35,184.44** |
|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**DaConnect Pallets, LLC**<br>**18900 Cajon Blvd**<br>**San Bernardino, CA 92407**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$3,720.00** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Diversitech Equipment & Sales**<br>**One Pierce Place, Suite 725W**<br>**Itasca, IL 60143**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$11,801.31** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Eastern Municipal Water District**<br>**2270 Trumble Rd**<br>**Perris, CA 92570**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$1,253.85** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Extend Inc**<br>**440 Barranca Ave #4904**<br>**Covina, CA 91723**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$19,651.80** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Fedral Express**<br>**3965 Airways, Module G**<br>**FedEx Corp Revenue Services**<br>**Memphis, TN 38116**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$101,711.95** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**FL Key Logistics**<br>**PO Box 935852**<br>**FL Key Logistics 200 (DE) LLC**<br>**Atlanta, GA 31193**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$234,545.72** |

| Debtor | Toolots Inc. | Case number (if known) | 2:24-bk-10893 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Frontline Freight**<br>**240 S 6th Ave, City of Industry, CA**<br>**La Puente, CA 91746**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,091.99** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Gary Li**<br>**21918 Winnebago Ln.**<br>**Lake Forest, CA 92630**<br><br>Date(s) debt was incurred  **6/11/2018**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Convertiable note purchase agreement**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$300,000.00** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Google LLC**<br>**1600 Amphitheatre Pkwy**<br>**Mountain View, CA 94043**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,505,732.90** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**GPC Pallets**<br>**P.O. BOX 706**<br>**Perris, CA 92572**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,645.00** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Haitao Xiong**<br>**59 Via Del Cielo**<br>**Rancho Palos Verdes, CA 90275**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Sharholder Equity Loan**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,341,234.84** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Harvest Realty Development**<br>**50 N Hill Ave**<br>**Pasadena, CA 91106**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Sara Liu Realtor**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$10,909.36** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Henry Hung**<br>**9621 Loma St.**<br>**Villa Park, CA 92861**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$255,166.67** |

| Debtor | Toolots Inc. | Case number (if known) | 2:24-bk-10893 |
|---|---|---|---|
| | Name | | |

**3.24** **Nonpriority creditor's name and mailing address**
Jiangchuan Pu
5545 Vista Del Mar
Yorba Linda, CA 92887

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $402,462.88
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**
Jianmin Shi
24560 Avenida De Marcia
Yorba Linda, CA 92887

Date(s) debt was incurred  6/11/2018
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $300,000.00
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Convertable note purchase agreement ($300,000)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**
Jin's Investment Inc. NV Corp.
3608 East Sunset Rd. Ste 110
Las Vegas, NV 89120

Date(s) debt was incurred  7/2/2019
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $3,000,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertable promissory note converted to equity on 11/11/2020 ($3,000,000)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.27** **Nonpriority creditor's name and mailing address**
K.C Group International Inc.
Richard Koo, DEO
767 North Hill Street, Suite 500
Los Angeles, CA 90012

Date(s) debt was incurred  7/15/2019
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $1,000,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For notice purposes. Convertible note equity purchase agreement. ($1,000,000)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.28** **Nonpriority creditor's name and mailing address**
Lee & Associates
5675 Telegraph Rd. Suite 300
Los Angeles, CA 90040

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $16,364.04
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.29** **Nonpriority creditor's name and mailing address**
Lobasso Packaging Inc
18627 Brookhurst St. #515
Fountain Valley, CA 92708

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $2,433.23
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.30** **Nonpriority creditor's name and mailing address**
McKOWN BAILEY Yichang(Carter) Chen
520 Newport Center Drive, Suite 470
Newport Beach, CA 92660

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $15,501.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor  **Toolots Inc.**                                              Case number (if known)  **2:24-bk-10893**
        Name

| | | |
|---|---|---:|
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Mercer Technologies Inc.**<br>**c/o Hassler Kondras Miller LP**<br>**100 Cherry St.**<br>**Terre Haute, IN 47807**<br>Date(s) debt was incurred  **12/2023**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **lawsuit**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$89,524.05** |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Min Chen**<br>**9084 Linden Oak St.**<br>**Las Vegas, NV 89178**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Shareholder equity loan**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$323,078.00** |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Moreno Valley Utility**<br>**14331 Frederick St. Ste 2**<br>**Moreno Valley, CA 92553**<br>Date(s) debt was incurred  **1/31/2024**<br>Last 4 digits of account number  **0000** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Warehouse electrical bill 17783 Indian St.**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$32,765.99** |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Noibu Technologies Inc**<br>**979 Bank St, Ottawa ON K1S 5K5**<br>**ON K1S 5K5, Canada**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$14,583.31** |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Oracle America, Inc.**<br>**500 Oracle Parkway**<br>**Redwood City, CA 94065**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$37,495.32** |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Peridot Construction Group**<br>**6143 Cooper Ave**<br>**Fontana, CA 92336**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,621.00** |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Primo Water North America (Sparklet**<br>**200 Eagles Landing Boulevard**<br>**Lakeland, FL 33810**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,295.05** |

| Debtor | **Toolots Inc.** | Case number (if known) | **2:24-bk-10893** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**RREEF CPIF 17783 Indian St. CA LLC**<br>**222 South Riverside Plaza 34th Fl.**<br>**Chicago, IL 60606**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Warehouse landlord**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$485,887.91** |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Scott Neal**<br>**2440 Stony Lane**<br>**Brea, CA 92821**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Contractor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,500.00** |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Shuxian Chang**<br>**15 Via Del Cielo**<br>**Rancho Palos Verdes, CA 90275**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$396,846.57** |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Signifyd**<br>**99 South Almaden Boulevard Ste 400**<br>**San Jose, CA 95113**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$73,503.79** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**SimilarWeb Inc**<br>**16 East 34th Street, 15th floor**<br>**New York, NY 10016**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,500.00** |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**The Custom Companies Inc**<br>**135 N. Railroad Ave Northlake IL 60**<br>**Melrose Park, IL 60164**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$31,071.03** |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Tim Zhu**<br>**22360 Kicking Horse Dr.**<br>**Diamond Bar, CA 91765**<br><br>Date(s) debt was incurred **6/15/2018**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **For notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| Debtor | Toolots Inc. | Case number (if known) | 2:24-bk-10893 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address**<br>Transportation Audit and Recovery S<br>1900 E. Golf Rd Suite# 950<br>Schaumburg, IL 60173<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $30,103.76 |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>UPS Capital Insurance Agency Inc<br>P.O. Box 100458<br>Fort Worth, TX 76185<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $80,133.21 |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>Worldwide Express Corporate<br>2700 Commerce Street Suite 1500<br>Dallas, TX 75226<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $275,431.63 |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>Xnergy Financial LLC<br>c/o Kyle P. Kelley PC<br>701 Commerce Street. 5th Floor<br>Dallas, TX 75202<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** LASC Case No. 22NWCV01173.<br>Is the claim subject to offset? ■ No  ☐ Yes | $266,962.63 |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>Yahee Inc<br>6450 Sycamore Canyon Blvd<br>Riverside, CA 92507<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $10,099.52 |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>Z&C CPAs<br>805 W. Duarte Road, Suite #108<br>Arcadia, CA 91007<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $600.00 |

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

Debtor  **Toolots Inc.**
        Name

Case number (if known)  **2:24-bk-10893**

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **CTC Office 3 LP**<br>**c/o Cress Capital Partners LLC**<br>**4000 MacArthur Blvd.**<br>**East Tower Ste 600**<br>**Newport Beach, CA 92660** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Law Offices of Richard L. Seide APC**<br>**901 Dove Street, Ste 120**<br>**Newport Beach, CA 92660-3018** | Line **3.38**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **RREFF CPIF 17783 Indian St. CA, LLC**<br>**CT Corporation System, Agent**<br>**330 N. Brand Blvd. Ste 700**<br>**Glendale, CA 91203** | Line **3.38**<br>☐ Not listed. Explain ____ | _ |

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.  $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 11,548,619.85 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c.  $ | 11,548,619.85 |

**Supplemental Mailing List**

Mercer Technologies Inc.
c/o Hassler Kondras Miller LP
100 Cherry St.
Terre Haute, IN 47807


Xnergy Financial LLC
c/o Kyle P. Kelley PC
701 Commerce Street. 5th Floor
Dallas, TX 75202

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
4158 14th St.
Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): **Declaration Under Penalty of Perjury for Non-Individual Debtors** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **3/05/2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Ronald K Brown**   ron@rkbrownlaw.com
**Shawn M Christianson**   cmcintire@buchalter.com, schristianson@buchalter.com
**Anthony F. Giuliano**   afg@glpcny.com
**Steven Robert Kinsella**   skinsella@fredlaw.com
**Christopher J Langley**   chris@slclawoffice.com, langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com
**Ron Maroko**   ron.maroko@usdoj.gov
**Robert S Marticello**   rmarticello@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
**United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **3/05/2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Mercer Technologies Inc.**
c/o Hassler Kondras Miller LP
100 Cherry St.
Terre Haute, IN 47807

**Xnergy Financial LLC**
c/o Kyle P. Kelley PC
701 Commerce Street. 5th Floor
Dallas, TX 75202

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **3/05/2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/05/2024 | John Martinez | /s/ John Martinez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                         **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing         Cobalt Funding Solutions              Decathlon Alpha IV, L.P.
0973-2                                  c/o Giuliano Law PC                   c/o Robert S. Marticello
Case 2:24-bk-10893-BR                   445 Broadhollow Rd.                   Raines Feldman Littrell LLP
Central District of California          Suite 25                              1900 Ave. of the Stars
Los Angeles                             Melville, NY 11747-3645               19th Floor
Tue Mar  5 12:14:20 PST 2024                                                  Los Angeles, CA 90067-4410

Employment Development Dept.            Franchise Tax Board                   Internal Revenue Service
Bankruptcy Group MIC 92E                Bankruptcy Section MS: A-340          PO Box 7346
P.O. Box 826880                         P.O. Box 2952                         Philadelphia, PA 19101-7346
Sacramento, CA 94280-0001               Sacramento, CA 95812-2952


(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE   (p)OFFICE OF FINANCE   CITY OF LOS ANGELES   RREEF CPIF 17783 INDIAN STREET CA, LLC
ATTN BANKRUPTCY UNIT                    200 N SPRING ST RM 101 CITY HALL     c/o Ronald K. Brown, Jr.
PO BOX 54110                            LOS ANGELES CA 90012-3224             901 Dove St., Suite 120
LOS ANGELES CA 90054-0110                                                      Newport Beach, CA 92660-3018


Securities & Exchange Commission        Toolots Inc.                          Los Angeles Division
444 South Flower St., Suite 900         17785 Center Ct. Dr. N. Ste 305       255 East Temple Street,
Los Angeles, CA 90071-2934              Cerritos, CA 90703-9311               Los Angeles, CA 90012-3332


Amazon Web Services                     American Express                      Attentive Mobile USA
PO Box 84023                            200 Vesey Street                      221 River Street, Suite 904
Seattle, WA 98124-8423                  New York, NY 10285-0002               Hoboken, NJ 07030-5990


Bettabot Inc                            CTC Office 3 LP                       CTC Office 3 LP
10450 Pioneer Blvd #8;                  c/o Cress Capital Partners, LLC       c/o Tiarna Real Estate Svcs
Santa Fe Springs, CA 90670-8232         400 MacArthur Blvd                    2603 Main Street Ste 210
                                        East Tower, Ste 600                   Irvine, CA 92614-4246
                                        Newport Beach, CA 92660


California Dpt of Tax and Fee Admin     Cintas Fire Protection                City Capital NY LLC
PO Box 942879                           Cintas Fire 636525, P.O. Box 636525   City Capital NY (CCNY)
450 N. Street                           Cincinnati, OH 45263-6525             224 W. 35th St. Ste 500
Sacramento, CA 94279-0001                                                     New York, NY 10001-2538


Clearco                                 Cobalt Funding Solutions              DaConnect Pallets, LLC
CFT Clear Finance Technology Corp       99 Wall Street, Suite 3618            18900 Cajon Blvd
2810 N Church St #68100                 New York, NY 10005-4301               San Bernardino, CA 92407-1612
Wilmington, DE 19802-4447


Decathlon Alpha IV, L.P.                Decathlon Alpha IV, LP                Diversitech Equipment & Sales
c/o Fredrikson & Byron, P.A.            1441 West Ute Boulevard Ste 240       One Pierce Place, Suite 725W
Attn: Steve Kinsella                    Park City, UT 84098-7649              Itasca, IL 60143-1234
60 South 6th Street, Suite 1500
Minneapolis, MN 55402-1425


Eastern Municipal Water District        Extend Inc                            FL Key Logistics
2270 Trumble Rd                         440 Barranca Ave #4904                PO Box 935852
Perris, CA 92570                        Covina, CA 91723-1722                 FL Key Logistics 200 (DE) LLC
                                                                              Atlanta, GA 31193-5852
```

Fedral Express
3965 Airways, Module G
FedEx Corp Revenue Services
Memphis, TN 38116

Frontline Freight
240 S 6th Ave, City of Industry, CA
La Puente, CA 91746-2915

GPC Pallets
P.O. BOX 706
Perris, CA 92572-0706

Gary Li
21918 Winnebago Ln.
Lake Forest, CA 92630-2323

Google LLC
1600 Amphitheatre Pkwy
Mountain View, CA 94043-1351

Harvest Realty Development
50 N Hill Ave
Pasadena, CA 91106-1949

Jianmin Shi
24560 Avenida De Marcia
Yorba Linda, CA 92887-4020

Jin's Investment Inc. NV Corp.
3608 East Sunset Rd. Ste 110
Las Vegas, NV 89120-7203

K.C Group International Inc.
Richard Koo, DEO
767 North Hill Street, Suite 500
Los Angeles, CA 90012-2382

Law Offices of Richard L. Seide APC
901 Dove Street, Ste 120
Newport Beach, CA 92660-3018

Lee & Associates
5675 Telegraph Rd. Suite 300
Los Angeles, CA 90040-1570

Lobasso Packaging Inc
18627 Brookhurst St. #515
Fountain Valley, CA 92708-6748

McKOWN BAILEY Yichang(Carter) Chen
520 Newport Center Drive, Suite 470
Newport Beach, CA 92660-7037

Moreno Valley Utility
14331 Frederick St. Ste 2
Moreno Valley, CA 92553-9004

Noibu Technologies Inc
979 Bank St, Ottawa ON K1S 5K5
ON K1S 5K5, Canada

Oracle America, Inc.
500 Oracle Parkway
Redwood City, CA 94065-1677

Peridot Construction Group
6143 Cooper Ave
Fontana, CA 92336-4513

Primo Water North America (Sparklet
200 Eagles Landing Boulevard
Lakeland, FL 33810-3058

RREEF CPIF 17783 Indian St. CA LLC
222 South Riverside Plaza 34th Fl.
Chicago, IL 60606-6886

RREEF CPIF 17783 Indian Street CA,
222 South Riverside Plaza 34th Fl.
Chicago, IL 60606-6886

RREFF CPIF 17783 Indian St. CA, LLC
CT Corporation System, Agent
330 N. Brand Blvd. Ste 700
Glendale, CA 91203-2336

Scott Neal
2440 Stony Lane
Brea, CA 92821-4519

Signifyd
99 South Almaden Boulevard Ste 400
San Jose, CA 95113-1604

SimilarWeb Inc
16 East 34th Street, 15th floor
New York, NY 10016-4328

The Custom Companies Inc
135 N. Railroad Ave Northlake IL 60
Melrose Park, IL 60164-1688

Tim Zhu
22360 Kicking Horse Dr.
Diamond Bar, CA 91765-3659

Transportation Audit and Recovery S
1900 E. Golf Rd Suite# 950
Schaumburg, IL 60173-5034

UPS Capital Insurance Agency Inc
P.O. Box 100458
Fort Worth, TX 76185-0458

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Wang Globalnet
11785 Center Ct. Dr. Ste 300
Cerritos, CA 90703

```
Wells Fargo Bank, N.A.              Worldwide Express Corporate    Yahee Inc
800 Walnut Street MAC F0005-055     2700 Commerce Street Suite 1500 6450 Sycamore Canyon Blvd
Des Moines, IA 50309-3891           Dallas, TX 75226-1404          Riverside, CA 92507-0722


Z&C CPAs                            Christopher J Langley
805 W. Duarte Road, Suite #108      Shioda, Langley & Chang LLP
Arcadia, CA 91007-7540              1063 E. Las Tunas Dr.
                                    San Gabriel, CA 91776-1632
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
L.A. County Tax Collector           Los Angeles City Clerk
Bankruptcy Unit                     P.O. Box 53200
P.O. Box 54110                      Los Angeles, CA 90053-0200
Los Angeles, CA 90051-0110
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Courtesy NEF                     (u)China Mobile                (u)Henry Hung
                                    Lvl 30, Twr 1, Kowloon Comm. Centre
                                    51 Kwai Cheong Road
                                    Kwai Chung, HK


(d)INTERNAL REVENUE SERVICE         (u)Jiangchuan Pu               (u)Min Chen
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


(u)Shuxian Chang                    (u)Transporation Audit & Recovery Seri    End of Label Matrix
                                                                              Mailable recipients    64
                                                                              Bypassed recipients     8
                                                                              Total                  72
```

