JAMES ANDREW HINDS, JR. (SBN 71222)
THE HINDS LAW GROUP, APC
jhinds@hindslawgroup.com
2390 Crenshaw Blvd., Ste. 240
Torrance, California 90501
Telephone: (310) 617-1877

Attorneys for Post-Petition Landlord, Vita LLC,
a Washington Limited Liability Company

FILED & ENTERED

OCT 10 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier DEPUTY CLERK

THE HINDS LAW GROUP, APC
2390 Crenshaw Blvd., Ste. 240
Torrance, CA 90501

**UNTIED STATES BANAKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>TOOLOTS, INC., a California corporation,<br><br>Debtor and Debtor-In-Possession. | CASE NO.: 2:24-BK-10893 BR<br><br>(CHAPTER 11)<br><br>**ORDER DISMISSING CHAPTER 11 CASE WITH 180-DAY BAR TO REFILING**<br><br>DATE: October 1, 2024<br>TIME: 10:00 a.m.<br>PLACE: CTRM 1668, 255 East Temple Street, Los Angeles, CA 90012 |

The chapter 11 status conference came on for hearing on the date and time set forth hereinabove. Appearances were noted on the record. The Court having reviewed the file in the case, having reviewed the *Comment By Post-Petition Landlord, Vita LLC on Dismissal verses Conversion of the Case* filed by Post-Petition landlord, Yita LLC, a Washington Limited Liability Company [Docket Items # 106], the Court having reviewed the Debtor's *Status* Report, dated September 20, 2024 [Docket Items # 104], the Court having entertained argument at the hearing and good cause appearing therefore,

**THE COURT FINDS** that good cause exists under 11 U.S.C. § 1112(b) for the Court to Order the dismissal of this chapter 11 case.

**THE COURT FURTHER FINDS** that good cause exists to impose a 180-day bar against refiling a bankruptcy case by his Debtor.

**IT IS SO ORDERED.**

###

Date: October 10, 2024

Barry Russell
United States Bankruptcy Judge